1  BORIS FELDMAN, State Bar No. 128838
   BENJAMIN M. CROSSON, State Bar No. 247560
2  CHERYL W. FOUNG, State Bar No. 108868
   STEPHEN B. STRAIN, State Bar No. 291572
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  Email:     boris.feldman@wsgr.com
              bcrosson@wsgr.com
7             cfoung@wsgr.com
              sstrain@wsgr.com
8
   GIDEON A. SCHOR (admitted *pro hac vice*)
9  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
10 1301 Avenue of the Americas, 40th Floor
   New York, NY 10019-6022
11 Telephone: (212)-999-5800
   Facsimile: (212)-999-5899
12 Email:     gschor@wsgr.com

13 *Attorneys for Defendants Larry Page, Sergey Brin,
   Sundar Pichai, Ruth M. Porat, John L. Hennessy,*
14 *L. John Doerr, Roger W. Ferguson, Jr., Ann
   Mather, Alan R. Mulally, K. Ram Shriram, Robin*
15 *L. Washington, Eric E. Schmidt, Diane B. Greene,
   and Nominal Defendant Alphabet Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WESSELS, Derivatively on Behalf of ALPHABET INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LARRY PAGE, SERGEY BRIN, SUNDAR PICHAI, RUTH M. PORAT, JOHN L. HENNESSY, L. JOHN DOERR, ROGER W. FERGUSON, JR., ANN MATHER, ALAN R. MULALLY, K. RAM SHRIRAM, ROBIN L. WASHINGTON, ERIC E. SCHMIDT, and DIANE B. GREENE,<br><br>　　　　　Defendants,<br>　　　and<br><br>ALPHABET INC., a Delaware corporation,<br><br>　　　　　Nominal Defendant. | CASE NO.: 3:19-cv-06880-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

WHEREAS, two shareholder derivative actions are pending in the United States District Court for the Northern District of California, captioned: *Wessels v. Page, et al.*, 3:19-cv-06880-RS (N.D. Cal. Oct. 22, 2019); and *Markarian v. Page, et al.*, 5:19-cv-07291-EJD (N.D. Cal. Nov. 5, 2019) (together, the "Derivative Actions");

WHEREAS, the parties agree that the Derivative Actions assert substantially identical claims for alleged breaches of fiduciary duties and related causes of action;

WHEREAS, the parties agree that the Derivative Actions also concern identical defendants, identical or substantially similar transactions or events, and call for the determination of identical or substantially similar questions of law and fact;

WHEREAS, the parties agree that the litigation of these cases before different judges would result in an unduly burdensome duplication of labor and expense for the parties and the Court, as well as potentially conflicting results;

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. The above-listed Derivative Actions are related under Civil Local Rule 3-12; and
2. The later-filed *Markarian* action shall be reassigned to the Honorable Richard Seeborg and the parties and the affected Judges notified accordingly.

Dated: December 9, 2019

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/Benjamin M. Crosson
      Benjamin M. Crosson

Boris Feldman
Benjamin M. Crosson
Cheryl W. Foung
Stephen B. Strain
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
boris.feldman@wsgr.com

STIPULATION AND [PROPOSED] ORDER RE
DEFS.' ADMIN. MOT. TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NO.: 3:19-cv-06880-RS

-2-

bcrosson@wsgr.com
cfoung@wsgr.com
sstrain@wsgr.com

Gideon A. Schor (admitted *pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
gschor@wsgr.com

*Attorneys for Defendants Larry Page, Sergey Brin, Sundar Pichai, Ruth M. Porat, John L. Hennessy, L. John Doerr, Roger W. Ferguson, Jr., Ann Mather, Alan R. Mulally, K. Ram Shriram, Robin L. Washington, Eric E. Schmidt, Diane B. Greene, and Nominal Defendant Alphabet Inc.*

| | |
|---|---|
| Dated: December 9, 2019 | ROBBINS LLP |
| | By:   /s/Steven R. Wedeking<br>      STEVEN R. WEDEKING |
| | Brian J. Robbins<br>Craig W. Smith<br>Steven R. Wedeking<br>5040 Shoreham Place<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>brobbins@robbinsllp.com<br>csmith@robbinsllp.com<br>swedeking@robbinsllp.com |
| | *Attorneys for Plaintiff William Wessels* |
| Dated: December 9, 2019 | STEPHENS & STEPHENS LLP |
| | By:   /s/Conrad B. Stephens<br>      CONRAD B. STEPHENS |
| | Conrad B. Stephens<br>505 South McClelland Street<br>Santa Maria, CA 93454<br>Telephone: (805) 922-1951<br>Facsimile: (805) 922-8013<br>conrad@stephensfirm.com |
| | *Attorneys for Plaintiff Harry Markarian* |

STIPULATION AND [PROPOSED] ORDER RE
DEFS.' ADMIN. MOT. TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NO.: 3:19-cv-06880-RS

-3-

## SIGNATURE ATTESTATION

I, Benjamin M. Crosson, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Re Defendants' Administrative Motion to Consider Whether Cases Should Be Related. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Executed this __9__ day of December 2019, in Palo Alto, California.

                                                     /s/ *Benjamin M. Crosson*
                                                     BENJAMIN M. CROSSON

\*\*\*\*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/10/19

The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE
DEFS.' ADMIN. MOT. TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NO.: 3:19-cv-06880-RS

-4-