1  ROBBINS LLP
   BRIAN J. ROBBINS (190264)
2  brobbins@robbinsllp.com
   CRAIG W. SMITH (164886)
3  csmith@robbinsllp.com
   STEVEN R. WEDEKING (235759)
4  swedeking@robbinsllp.com
   5040 Shoreham Place
5  San Diego, CA 92122
   Telephone: (619) 525-3990
6  Facsimile: (619) 525-3991

7  *Attorneys for Plaintiff William Wessels*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM WESSELS, Derivatively on Behalf of ALPHABET INC., | Case No. 3:19-cv-06880-RS |
| Plaintiff, | STIPULATION AND ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS AND SETTING BRIEFING SCHEDULE |
| v. | |
| LARRY PAGE, SERGEY BRIN, SUNDAR PICHAI, RUTH M. PORAT, JOHN L. HENNESSY, L. JOHN DOERR, ROGER W. FERGUSON, JR., ANN MATHER, ALAN R. MULALLY, K. RAM SHRIRAM, ROBIN L. WASHINGTON, ERIC E. SCHMIDT, and DIANE B. GREENE, | |
| Defendants, | |
| -and- | |
| ALPHABET INC., a Delaware corporation, | |
| Nominal Defendant. | Date Action Filed: October 22, 2019 |

[Caption continued on next page.]

---

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
SHAREHOLDER DERIVATIVE ACTIONS AND SETTING BRIEFING SCHEDULE

| | | |
|---|---|---|
| HARRY MARKARIAN, Derivatively on Behalf of ALPHABET INC., | ) ) ) | Case No. 3:19-cv-07291-RS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| LARRY PAGE, SERGEY BRIN, SUNDAR PICHAI, RUTH M. PORAT, JOHN L. HENNESSY, L. JOHN DOERR, ROGER W. FERGUSON, JR., ANN MATHER, ALAN R. MULALLY, K. RAM SHRIRAM, ROBIN L. WASHINGTON, ERIC E. SCHMIDT, and DIANE B. GREENE, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| -and- | ) ) | |
| ALPHABET INC., a Delaware corporation, | ) ) | |
| Nominal Defendant. | ) ) | Date Action Filed: November 5, 2019 |

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
SHAREHOLDER DERIVATIVE ACTIONS AND SETTING BRIEFING SCHEDULE

1 **WHEREAS,** there are presently two pending related stockholder derivative actions brought on behalf of Alphabet Inc. ("Alphabet" or the "Company") against the Individual Defendants,[1] current and former directors and officers of the Company (collectively, Alphabet and the Individual Defendants are referred to herein as "Defendants"): (i) *Wessels v. Page, et al.*, Case No. 3:19-cv-06880-RS (the "*Wessels* Action"); and (ii) *Markarian v. Page, et al.*, Case No. 3:19-cv-07291-RS (the "*Markarian* Action") (together, the "Related Derivative Actions");

**WHEREAS,** on December 10, 2019, the Court issued an order relating the *Wessels* and *Markarian* Actions (*Wessels* Action, Stipulation and Order Regarding Defendants' Administrative Motion to Consider Whether Cases Should Be Related, ECF No. 19; *Markarian* Action, Stipulation and Order Regarding Defendants' Administrative Motion to Consider Whether Cases Should Be Related, ECF No. 20);

**WHEREAS,** under Federal Rule of Civil Procedure 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

**WHEREAS,** the Related Derivative Actions challenge similar alleged misconduct by Alphabet's directors and executive officers and involve common questions of law and fact;

**WHEREAS,** the parties therefore respectfully submit that consolidation of the Related Derivative Actions is appropriate; and

**WHEREAS,** to avoid potentially duplicative actions and to prevent any waste of the Court's resources, the parties agree that: (1) the Related Derivative Actions should be consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action (hereinafter referred to as the "Consolidated Derivative Action"); and (2) lead counsel for the

---

[1] The "Individual Defendants" refers to Larry Page, Sergey Brin, Sundar Pichai, Ruth M. Porat, John L. Hennessy, L. John Doerr, Roger W. Ferguson, Jr., Ann Mather, Alan R. Mulally, K. Ram Shriram, Robin L. Washington, Eric E. Schmidt, and Diane B. Greene.

plaintiffs in the Consolidated Derivative Action should be appointed, whether by stipulation or competing motions.

**WHEREFORE,** the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. Aside from defenses and objections related to the absence of a summons or of service as it pertains to the complaints filed in the *Wessels* or *Markarian* Actions, Defendants expressly reserve all defenses and objections to the complaints filed in the Related Derivative Actions and any complaints that are ultimately filed in the Consolidated Derivative Action.

2. The following actions shall be consolidated for all purposes, including pre-trial proceedings and trial, into one consolidated action:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Wessels v. Page, et al.* | 3:19-cv-06880-RS | 10/22/2019 |
| *Markarian v. Page, et al.* | 3:19-cv-07291-RS | 11/05/2019 |

3. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, must bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ALPHABET INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:19-cv-06880-RS<br><br>(Consolidated with Case No. 3:19-cv-07291-RS) |
| This Document Relates To:<br><br>ALL ACTIONS. | Judge: Richard Seeborg<br>Courtroom: 3 |

4. The files of the Consolidated Derivative Action will be maintained in one master file under Lead Case No. 3:19-cv-06880-RS.

5. Based on the agreement of the plaintiffs, Lead Counsel for plaintiffs for the conduct of *In re Alphabet Inc. Stockholder Derivative Litigation*, Lead Case No. 3:19-cv-06880-RS, is designated as follows:

**ROBBINS LLP**
BRIAN J. ROBBINS
CRAIG W. SMITH
STEVEN R. WEDEKING
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsllp.com
csmith@robbinsllp.com
swedeking@robbinsllp.com

6. Plaintiffs' Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. The parties further agree that no motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through plaintiffs' Lead Counsel.

7. Defendants take no position as to which firm(s) should be appointed lead counsel.

8. Defendants' counsel may rely upon all agreements made with any of plaintiffs' Lead Counsel, or other duly authorized representative of plaintiffs' Lead Counsel, and such agreements will be binding on plaintiffs.

9. This Order shall apply to each purported derivative action arising out of the same or substantially the same transactions or events as the Related Derivative Actions that is subsequently filed in, removed to, or transferred to this Court.

10. If a case that properly belongs as part of *In re Alphabet Inc. Stockholder Derivative Litigation*, Lead Case No. 3:19-cv-06880-RS, is hereafter filed in this Court or transferred here from another court, plaintiffs' counsel shall promptly call to the attention of the Clerk of the Court the filing or transfer of any case that might properly be consolidated as part of *In re Alphabet Inc. Stockholder Derivative Litigation*, Lead Case 3:19-cv-06880-RS.

1    11.    In the interest of efficiency and avoidance of unnecessary duplication of effort or judicial resources by the Court or the parties, it is further Ordered that: (i) within sixty (60) days of the entry of an order consolidating the Related Derivative Actions, plaintiffs shall file a consolidated complaint (the "Consolidated Complaint") or designate an operative complaint (the "Operative Complaint"); (ii) Defendants shall answer, move, or otherwise respond to the Consolidated Complaint or Operative Complaint within sixty (60) days after the Consolidated Complaint is filed or the Operative Complaint is designated; (iii) plaintiffs shall respond to Defendants' anticipated motion to dismiss sixty (60) days after it is filed; and (iv) Defendants shall file a reply to plaintiffs' response forty (40) days after plaintiffs' response is filed. Defendants shall have no obligation to answer, move, or otherwise respond to any complaint filed or to be filed in the *Wessels* Action, the *Markarian* Action, or the Consolidated Derivative Action other than the Consolidated Complaint or, if no Consolidated Complaint is filed, the Operative Complaint.

12.    The initial case management conferences currently scheduled for January 30, 2020 in the Related Derivative Actions, attendant deadlines, and related ADR procedures shall be deferred until the Court issues a ruling on Defendants' anticipated motion to dismiss.

13.    Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), all parties consent to service by e-mail of any document required to be served in the Consolidated Derivative Action.

**IT IS SO STIPULATED.**

Dated: December 27, 2019

Respectfully submitted,

ROBBINS LLP

/s/ Steven R. Wedeking
STEVEN R. WEDEKING

BRIAN J. ROBBINS
CRAIG W. SMITH
STEVEN R. WEDEKING
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile (619) 525-3991
E-mail: brobbins@robbinsllp.com
       csmith@robbinsllp.com
       swedeking@robbinsllp.com

|   |   |   |
|---|---|---|
| 1 | | *Counsel for plaintiff William Wessels* |
| 2 | Dated: December 27, 2019 | STEPHENS & STEPHENS LLP |
| 3 | | /s/ Conrad B. Stephens |
| 4 | | CONRAD B. STEPHENS |

<div style="margin-left:2em">

505 South McClelland Street
Santa Maria, CA 93454
Telephone: (805) 922-1951
Facsimile: (805) 922-8013
E-mail: conrad@stephensfirm.com

*Counsel for plaintiff Harry Markarian*

</div>

Dated: December 27, 2019    WILSON SONSINI GOODRICH & ROSATI

/s/ Benjamin M. Crosson
BENJAMIN M. CROSSON

BORIS FELDMAN
BENJAMIN M. CROSSON
CHERYL W. FOUNG
STEPHEN B. STRAIN
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 565-3851
Facsimile: (650) 493-6811
E-mail: boris.feldman@wsgr.com
        bcrosson@wsgr.com
        cfoung@wsgr.com
        sstrain@wsgr.com

GIDEON A. SCHOR (admitted pro hac vice)
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
E-mail: gschor@wsgr.com

*Counsel for defendants Larry Page, Sergey Brin, Sundar Pichai, Ruth M. Porat, John L. Hennessy, L. John Doerr, Roger W. Ferguson, Jr., Ann Mather, Alan R. Mulally, K. Ram Shriram, Robin L. Washington, Eric E. Schmidt, Diane B. Greene, and nominal defendant Alphabet Inc.*

- 5 -
STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
SHAREHOLDER DERIVATIVE ACTIONS AND SETTING BRIEFING SCHEDULE

**SIGNATURE ATTESTATION**

I, Steven R. Wedeking, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Consolidating Related Shareholder Derivative Actions and Setting Briefing Schedule. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Executed this 27th day of December 2019 at San Diego, California.

/s/ Steven R. Wedeking
STEVEN R. WEDEKING

\*\*\*\*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/2/20

UNITED STATES DISTRICT JUDGE