**JOHNSON FISTEL, LLP**
Frank J. Johnson (SBN 174882)
FrankJ@johnsonfistel.com
Brett M. Middleton (SBN 199427)
BrettM@johnsonfistel.com
Reed F. Baker (SBN 322027)
ReedB@johnsonfistel.com
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ALPHABET INC. STOCKHOLDER DERIVATIVE LITIGATION | ) Lead Case No. 3:19-cv-06880-RS |
| | ) |
| | ) (Consolidated with Case No. 3:19-cv-07291-RS) |
| | ) |
| This Document Relates To: | ) **STIPULATION AND  ORDER TO EXTEND DEADLINE RE: SECOND AMENDED COMPLAINT AND BRIEFING SCHEDULE AS MODIFIED BY THE COURT** |
| ALL ACTIONS | ) |
| | ) |
| | ) CTRM:  3, 17th Floor |
| | ) JUDGE: Hon. Richard Seeborg |
| | ) |
| | ) |

**STIPULATION**

Co-Lead Plaintiffs William Wessels, Harry Markarian, and Balraj S. Paul ("Co-Lead Plaintiffs") along with defendants Larry Page, Sergey Brin, Sundar Pichai, Ruth M. Porat, John L. Hennessey, L. John Doerr, Roger W. Ferguson, Jr., Ann Mather, Alan R. Mulally, K. Ram Shriram, Robin L. Washington, Eric E. Schmidt, and Diane B. Greene (the "Individual Defendants"), and nominal defendant Alphabet Inc. ("Alphabet" and, with the Individual Defendants, "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, jointly submit this Stipulation and Proposed Order.  The Parties stipulate as follows:

WHEREAS, Co-Lead Plaintiffs and Alphabet entered into a Confidentiality and Non-Disclosure Agreement ("Agreement") related to the receipt and use of information designated by Alphabet as confidential ("Confidential Information");

WHEREAS, pursuant to the Agreement, Co-Lead Plaintiffs are required to file under seal any complaint that contains Confidential Information, and are required to provide Defendants' counsel with a copy such complaint at least three (3) business days prior to filing, in order to coordinate regarding appropriate redactions of Confidential Information;

WHEREAS, on July 30, 2021, the Court entered an order granting Alphabet's motion to dismiss Co-Lead Plaintiffs' Consolidated Amended Complaint with leave to amend, and denying without prejudice the Individual Defendants' motion to dismiss the Consolidated Amended Complaint as moot (the "MTD Order") (ECF No. 73);

WHEREAS, pursuant to the MTD Order, Co-Lead Plaintiffs are to file any amended complaint by August 20, 2021 – within twenty-one (21) days from the date of entry of the MTD Order (ECF No. 73); thus, pursuant to the Agreement, Co-Lead Plaintiffs are to provide Defendants with a preliminary copy of any amended complaint on August 17, 2021;

WHEREAS, on August 5, 2021, counsel for Co-Lead Plaintiffs requested a two week extension of the time to file any amended complaint.  Whereas, thereafter, on August 5 and 10, 2021, the Parties met and conferred, and Defendants agreed (subject to Court approval) upon an extension of the above-referenced deadlines, with Co-Lead Plaintiffs to provide Defendants with a preliminary

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE RE: SECOND AMENDED COMPLAINT AND BRIEFING SCHEDULE

copy of any second amended complaint by August 31, 2021, and with Co-Lead Plaintiffs to file any second amended complaint by September 3, 2021.  This extension is agreed upon, and requested by Co-Lead Plaintiffs because of, complications with the recent transition back to working from home due to the Delta variant of COVID-19, Co-Lead Plaintiffs' unanticipated scheduling conflicts, the volume of confidential material at issue in this action, and to provide the Parties with sufficient time to review any confidential material cited in the second amended complaint and coordinate redactions, if necessary;

WHEREAS, on August 10 and 11, the Parties met and conferred, and agreed (subject to Court approval) upon a schedule for briefing Defendants' anticipated motion(s) to dismiss in response to any second amended complaint, in particular that Defendants' response to the Complaint was to be filed within sixty (60) days of the filing of any second amended complaint; Co-Lead Plaintiffs' response to any motion to dismiss was to be filed within sixty (60) days of the filing of the motion; any reply in support of a motion to dismiss was to be filed within forty-five (45) days of the filing of Co-Lead Plaintiffs' opposition; and the hearing on any motion to dismiss shall be scheduled to occur at least thirty (30) days after the filing of any reply brief;

WHEREAS, in light of Co-Lead Plaintiffs' forthcoming filing of a second amended complaint, and Defendants' anticipated motion(s) to dismiss, and any briefing following, the Parties met and conferred, and agreed (subject to Court approval) upon a continuance of the status conference currently scheduled for September 2, 2021, until briefing on Defendants anticipated motion(s) to dismiss has concluded and oral argument has been heard.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE RE: SECOND AMENDED
COMPLAINT AND BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED TO by the Parties, through their respective undersigned counsel, subject to the approval of the Court, as follows:

1.      The deadline for Co-Lead Plaintiffs to file any second amended complaint is extended by fourteen (14) days from August 20, 2021, such that Co-Lead Plaintiffs shall now file their second amended complaint by September 3, 2021;

2.      The deadline for Co-Lead Plaintiffs to provide Defendants' counsel with a preliminary copy of the second amended complaint pursuant to the Agreement is extended from August 17 to August 31, 2021;

3.      Defendants must answer, move, or otherwise respond to the second amended complaint within sixty (60) days from the filing of Co-Lead Plaintiffs' second amended complaint;

4.      Co-Lead Plaintiffs' shall file any opposition to Defendants' motion to dismiss within sixty (60) days of the date the Defendants' motion is filed;

5.      The deadline for Defendants' reply in support of any motion to dismiss shall be forty-five (45) days of the date Co-Lead Plaintiffs' opposition is filed; and

6.      The status conference currently scheduled for September 2, 2021, shall be continued to April 7, 2022.   Status Report due March 31, 2021

IT IS SO STIPULATED.

Dated:  August 17, 2021                          **JOHNSON FISTEL, LLP**

                                                                 */s/ Brett M. Middleton*
                                                                 BRETT M. MIDDLETON

                                                                 FRANK J. JOHNSON
                                                                 REED F. BAKER
                                                                 655 West Broadway, Suite 1400
                                                                 San Diego, CA 92101
                                                                 Telephone: (619) 230-0063
                                                                 Facsimile: (619) 255-1856
                                                                 FrankJ@johnsonfistel.com
                                                                 BrettM@johnsonfistel.com
                                                                 ReedB@johnsonfistel.com

                                                                 *Co-Lead Counsel for Plaintiffs and*
                                                                 *Counsel for Plaintiff Balraj S. Paul*

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE RE: SECOND AMENDED
COMPLAINT AND BRIEFING SCHEDULE

Dated:  August 17, 2021

**ROBBINS LLP**

*/s/ Shane P. Sanders*
SHANE P. SANDERS

BRIAN J. ROBBINS
CRAIG W. SMITH
EMILY R. BISHOP
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile (619) 525-3991
brobbins@robbinsllp.com
csmith@robbinsllp.com
ssanders@robbinsllp.com
ebishop@robbinsllp.com

*Co-Lead Counsel for Plaintiffs and*
*Counsel for Plaintiff William Wessels*

Dated:  August 17, 2021

**WILSON SONSINI GOODRICH**
**& ROSATI, P.C.**

*/s/ Benjamin M. Crosson*
BENJAMIN M. CROSSON

BENJAMIN M. CROSSON
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (619) 493-6811
bcrosson@wsgr.com

*Counsel for Individual Defendants*
*Lawrence E. Page, Sergey Brin, Sundar*
*Pichai, Ruth M. Porat, John L. Hennessy, L.*
*John Doerr, Roger W. Ferguson Jr., Ann*
*Mather, Alan R. Mulally, K. Ram Shriram,*
*Robin L. Washington, Eric E. Schmidt,*
*Diane B. Greene, and Nominal Defendant*
*Alphabet Inc.*

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE RE: SECOND AMENDED
COMPLAINT AND BRIEFING SCHEDULE

1

**SIGNATURE ATTESTATION**

2    I, Brett M. Middleton, am the ECF user whose identification and password are being used to

3 file the foregoing Stipulation and [Proposed] Order to Extend Deadlines Re: Second Amended

4 Complaint and Briefing Schedule.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that each

5 of the signatories identified above has concurred in this filing.

6    Executed this 17th day of August, 2021 at San Diego, California

7            By: */s/ Brett M. Middleton*

8               BRETT M. MIDDLETON

9

10

11              **\*\*\*\***

12

13            **ORDER**

14    PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16

17 DATED:  August 17, 2021

       THE HONORABLE RICHARD SEEBORG

18       CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE RE: SECOND AMENDED
COMPLAINT AND BRIEFING SCHEDULE